## EL PUEBLO *v.* MALDONADO.

APELACIÓN procedente de la Corte de Distrito de Ponce.

No. 118.—Resuelto en diciembre 2, 1907.

MULTA—COSTAS—PRISIÓN SUBSIDIARIA—SENTENCIA.—En los casos en que el acusado sea condenado por la corte de distrito al pago de multa y costas, no puede imponerse prisión por falta de pago de las costas, sino por el de la multa, ó parte de multa no satisfecha, á razón de un día por cada dollar que el· acusado dejara de satisfacer, expresándose que se le reduzca á prisión en defecto del pago de dicha multa, por el término que corresponda, sin que deba hacerse referencia en la sentencia, á la dictada por la corte municipal, en los casos que procedan de estas cortes.

APELACIÓN—PRUEBAS CONTRADICTORIAS.—En los casos de prueba contradictoria, y cuando haya prueba de cargo suficiente para justificar la sentencia dictada por la corte, se presumirá que ésta consideró y apreció debidamente dichas pruebas contradictorias, y tal apreciación debe ser aceptada por el tribunal de apelación.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. Rossy, Fiscal.*

La parte apelante no compareció.

EL JUEZ ASOCIADO SR. MACLEARY, emitió la opinión del tribunal.

La presente es una causa por acometimiento y agresión, que tuvo su origen en la corte municipal de Adjuntas. Había dos procesados. Ambos fueron declarados culpables y se les impuso una multa con pena alternativa. Mediante recurso de apelación, elevaron el caso á la Corte de Distrito de Ponce, en donde se celebró nuevamente el juicio. Se les impuso multa á los dos, lo mismo que en la corte inferior, y uno de ellos interpuso recurso de apelación para ante este tribunal, mientras que el otro cumplió su condena en la cárcel.

La Corte de Distrito de Ponce, al dictar sentencia, dice que confirma parcialmente la sentencia de la corte municipal de Adjuntas, y dice además, que condena al demandado, Angel Maldonado, á la pena de treinta dollars de multa y las costas de ambas cortes, y en defecto de pago, que sufriera un día de cárcel por cada dollar que quedara sin satisfacer.

Esta sentencia no está en debida forma, como quedará demostrado por una referencia al dictamen en el caso de *El Pueblo de Puerto Rico* v. *Laviosa,* resuelto por esta corte el día 30 de octubre de 1907. La sentencia de la corte de distrito debe dictarse sin hacer referencia á la dictada por la corte municipal, y la pena alternativa no puede imponer un solo día de prisión por el defecto de pago de costas, sino únicamente por falta de pago de la multa; de manera que la prisión ha debido ser limitada en el presente caso á treinta días, ó á un número de días igual al número de dollars de la multa que quedaban sin pagar, sin tomar en consideración las costas. Es decir, treinta dollars de multa ó treinta días de cárcel. No es necesario dar á este punto una amplia consideración, toda vez que también ha sido detenidamente discutido y resuelto en el caso de Laviosa, arriba mencionado.

Aparece en el récord una exposición de los hechos que erróneamente ha sido titulado exposición del caso, en el cual las declaraciones de los testigos, tanto del demandante como del demandado, quedan consignadas ampliamente. Hemos examinado este documento cuidadosamente en todas sus partes. No aparece ningún pliego de excepciones en el récord. No se ha presentado alegato en esta corte á favor del apelante, y el abogado que lo defiende no pronunció ningún informe oral.

Las declaraciones de los distintos testigos son algo contradictorias, pero como hemos resuelto anteriormente en muchos casos, puesto que la prueba del demandante es suficiente para justificar la sentencia de la corte, se presumirá que las contradicciones entre las declaraciones fueron debidamente conciliadas y apreciadas por el juez sentenciador. Las oportunidades de éste para separar la verdad y la mentira, y para determinar cuáles son los testigos, cuyas declaraciones merecen crédito, son muy superiores á las de esta Corte, que se halla limitada en la consideración del caso, á los autos escritos en maquinilla.

No habiendo nada que justifique la revocación de la sentencia dictada por la Corte de Distrito de Ponce, en este caso,

el día 6 de septiembre de 1907, se confirma la misma en cuanto por ella es condenado el apelante á satisfacer la multa de treinta dollars y las costas, y en defecto de pago, á sufrir un día de cárcel por cada dollar que deje de pagar, bien entendido que por falta de pago de las costas no tendrá que sufrir prisión alguna.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Hernández, Figueras y Wolf.